CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 12 2009

JOHN F. CORCORAN, CLERK
BY: /s/ HMcDermott
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RUSSELL MARKS, | ) | Civil Action No. 7:08-cv-00452 |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | By: Hon. Jackson L. Kiser |
|    Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the United States of America, the Department of Justice, and the Bureau of Prisons are **TERMINATED** as defendants to this action.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 12th day of February, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge